DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EARNEST CARTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2354

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.